UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Marcia Baxter

    Plaintiff,

V.                                                                               CIVIL ACTION NO
                                                                                 1:12-cv-02097-JKB

Albert K. Broughton, Jr., P.A.

Defendant.                                                              September 4, 2012

**NOTICE OF SETTLEMENT**

Plaintiff though the undersigned and the Defendant through their counsel have reached an agreement to settle the above captioned case.

Plaintiff asks the Court to keep jurisdiction of the matter for thirty (30) days so the parties can consummate the settlement agreement.

                                                                               THE PLAINTIFF

                                                                               BY/S/Michael W. Kennedy
                                                                               Michael W. Kennedy, Esquire
                                                                               The Kennedy Law Firm
                                                                               1204 Main Street, Suite 176
                                                                               Branford, CT 06405
                                                                               203-4814040
                                                                               Fax: 443-440-6372
                                                                               Email: mwk550@yahoo.com

## *CERTIFICATION*

I hereby certify that on 9/4/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy